IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DAVID EASLEY, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:06cv865 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| MARY HIGHFIELD, et. al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Hogan filed on September 30, 2008(Doc. 20), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired November 26, 2008, hereby ADOPTS said Report and Recommendation.

Accordingly, Defendants' Motion for Judgment on the Pleadings (Doc. 16) is **GRANTED**. Plaintiff's Complaint is hereby **DISMISSED** as to Defendant Fugitt.

IT IS SO ORDERED.

   s/Susan J. Dlott   
Chief Judge Susan J. Dlott
United States District Court