# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

DAVID EASLEY,

    Plaintiff                                             Case No. 1:06-cv-865

vs

MARY HIGHFIELD, et al.,            **REPORT AND RECOMMENDATION**
                                                 Dlott, J.
    Defendants                               Hogan, M.J.

       Plaintiff filed this action pro se under 42 U.S.C. § 1983 alleging a violation of his constitutional rights.

       Plaintiff initiated this action by filing a complaint in this Court on December 19, 2006. (Doc. 1). However, Defendant Highfield has not been served with the Complaint in this matter. Proper service of process is required in order for this Court to obtain in personam jurisdiction over each defendant. *O.J. Distrib., Inc. v. Hornell Brewing Co., Inc.*, 340 F.3d 345, 353 (6th Cir. 2003). Plaintiff bears the burden of exercising due diligence in perfecting service of process and of showing that proper service has been made. *Habib v. General Motors Corp.*, 15 F.3d 72, 74 (6th Cir. 1994); *Jacobs v. University of Cincinnati*, 189 F.R.D. 510, 511 (S.D. Ohio 1999).

       Rule 4(m), Fed. R. Civ. P., provides, in pertinent part, as follows:

    If a service of the summons and complaint is not made upon a defendant within
    120 days after the filing of the complaint, the court, upon motion or on its own
    initiative after notice to the plaintiff, shall dismiss the action without prejudice
    as to that defendant or direct that service be effected within a specified time;
    provided that if the plaintiff shows good cause for the failure, the court shall
    extend the time for service for an appropriate period. . . .

Fed. R. Civ. P. 4(m).

On January 8, 2009, this Court ordered Plaintiff to show cause, in writing and within twenty (20) days, why the Complaint should not be dismissed against Defendant Highfield for failure of service. To date, Plaintiff has failed to respond to the Court's show cause order.

Accordingly, **IT IS HEREBY RECOMMENDED** that Plaintiff's Complaint be dismissed without prejudice for failure of service. As Defendant Highfield is the only defendant remaining in this matter, the Court **FURTHER RECOMMENDS** that this case be **TERMINATED** upon the Court's docket.

Date: 2/12/09

Timothy S. Hogan
United States Magistrate Judge

2

## NOTICE TO THE PARTIES REGARDING THE FILING
## OF OBJECTIONS TO THIS R&R

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within ten (10) days after being served with this Report and Recommendation. Pursuant to Fed. R. Civ. P. 6(e), this period is automatically extended to thirteen (13) days (excluding intervening Saturdays, Sundays, and legal holidays) in the event this Report is served by mail, and may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendation are based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections within ten (10) days after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See United States v. Walters*, 638 F.2d 947 (6th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140, 106 S. Ct. 466, 88 L. Ed. 2d 435 (1985).

C:\Documents and Settings\hillaw\Local Settings\Temp\notes721D2D\failureservice.dism.wpd

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X    ☐ Agent  ☑ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>David Easley # 306-400<br>PO Box 45699<br>Lucasville, OH 45699 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7002 3150 0000 8388 3424 |
| PS Form 3811, August 2001 | Domestic Return Receipt    102595-01-M-2509 |

1:06cv865 (Doc. 26)